603 P.2d 586

Danny D. VILLINES, SSA 465 88 8492, Claimant-Respondent,

v.

DEPARTMENT OF EMPLOYMENT, Defendant-Appellant.

No. 13062.

Supreme Court of Idaho.

Nov. 29, 1979.

David H. Leroy, Atty. Gen., R. LaVar Marsh, Donald L. Harris, Deputy Attys. Gen., Boise, for defendant-appellant.

Danny D. Villines, pro se.

Before DONALDSON, C. J., McFADDEN and BISTLINE, JJ., and WARD and SCHROEDER, JJ., Pro Tem.

PER CURIAM.

We have reviewed the record and it is the conclusion of the Court that the evidence is sufficient to support the decision of the Industrial Commission.